UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br>KEVIN HALL,<br>                  Defendant. | Case No. 2:14-cr-00321-KJD-NJK<br><br>ORDER<br><br>(Mot Reopen Det – Dkt. #60) |

       Before the court is Defendant Kevin Hall's ("Hall") Motion to Reopen Detention Hearing (Dkt. #60). The court has considered the Motion, and the government's Response (Dkt. #62).

       Hall made an initial appearance on July 31, 2014, on a Complaint (Dkt. #1), and was subsequently Indicted (Dkt. #27) and charged with one count of conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951, two counts of interference with commerce by robbery, and aiding and abetting in violation of 18 U.S.C. § 1951 and 18 U.S.C. § 2, and two counts of brandishing a firearm in furtherance of a crime of violence, and aiding and abetting in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (iii), and 18 U.S.C. § 2. He was detained following a detention hearing. Hall subsequently moved to dismiss his court-appointed counsel. *See* Motion (Dkt. #21). In a hearing conducted October 7, 2014, Judge Koppe granted Hall's Motion to Dismiss Counsel (Dkt. #21) and appointed current counsel Jess Marchese. *See* Minutes of Proceedings (Dkt. #34).

       Newly appointed counsel for Hall seeks to reopen the detention hearing arguing that prior appointed counsel advised Hall not to be interviewed by Pretrial Services. Counsel for Hall requests that he be interviewed by Pretrial Services and considered for release. The government opposes Hall's release, but does not oppose his request to be interviewed by Pretrial Services.

       Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Hall's request to be interviewed by Pretrial Services is **GRANTED**.
2. A hearing on his Motion to Reopen Detention Hearing (Dkt. #60) is set for **Monday, December 8, 2014, at 2:00 p.m., in Courtroom 3B.**

DATED this 2nd day of December, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE