# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                               )     Case No. 2:14-cr-0321-KJD-NJK
               Plaintiff,         )
                               )     ORDER
vs.                               )
                               )     (Docket No. 94)
KEVIN HALL,                  )
                               )
              Defendant.      )
_____ )

       Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 94.  The Court hereby **SETS** a hearing on the motion for May 27, 2015, at 2:00 p.m. in Courtroom 3A.  Defendant and counsel must be present.

       IT IS SO ORDERED.

       DATED:   May 22, 2015.

                                     _____
                                     NANCY J. KOPPE
                                     United States Magistrate Judge