UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KEVIN HALL,<br><br>          Defendant. | Case No. 2:14-cr-0321-KJD-NJK<br><br>ORDER<br><br>(Docket No. 182) |

Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 182. The Court hereby **SETS** a hearing on the motion for July 7, 2016, at 10:00 a.m. in Courtroom 3B. Defendant and counsel must be present.

IT IS SO ORDERED.

DATED: July 5, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge