# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )      Case No. 2:14-cr-0321-KJD-NJK
                    Plaintiff,     )
                                   )      ORDER
vs.                                )
                                   )      (Docket No. 182)
KEVIN HALL,                        )
                                   )
                    Defendant.     )
_____)

     Pending before the Court is Defendant's motion to dismiss counsel and appoint new counsel. Docket No. 182.  The Court hereby **SETS** a hearing on the motion for July 7, 2016, at 10:00 a.m. in Courtroom 3B.  Defendant and counsel must be present.

     IT IS SO ORDERED.

     DATED:   July 5, 2016.



NANCY J. KOPPE
United States Magistrate Judge