**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KEVIN HALL, ) <br> ) <br> Defendant. ) <br> ) | **Case No.: 2:14-cr-00321-GMN-NJK-1** |

**ORDER APPOINTING COUNSEL**

On September 7, 2016, defendant Kevin Hall filed a letter (ECF No. 233) requesting that his current attorney Jess Marchese be relieved and that new counsel be appointed. The Court construes Defendant Kevin Hall's Letter (ECF No. 233) as a Motion for Appointment of New Counsel.

Accordingly, for good cause appearing,

IT IS HEREBY ORDERED that the Motion for Appointment of New Counsel (ECF No. 233) is GRANTED.

IT IS HEREBY ORDERED that Jess Marchese is hereby withdrawn from this case.

IT IS FURTHER ORDERED that Jennifer M. Waldo is appointed to represent Kevin Hall. Ms. Waldo's address is 1701 W. Charleston Blvd., Suite 600, Las Vegas, NV 89102 and her phone number is 702-830-7925.

///

///

///

IT IS FURTHER ORDERED that former counsel, Jess Marchese's office is directed to forward the file to Ms. Waldo forthwith.

**DATED** this \_\_\_15\_\_ day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court