**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00321-GMN-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KEVIN HALL, et al., | ) | (Docket No. 245) |
| | ) | |
| Defendants. | ) | |

Pending before the Court is Defendant Keith Williams' motion for joinder to Defendant Kevin Hall's motion to reopen pretrial motions deadline.  Docket No. 245.

The Court hereby **GRANTS** Defendant's motion for joinder.  Docket No. 245.

IT IS SO ORDERED.

DATED: January 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge