# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>       Plaintiff-Appellee, ) <br> vs. ) <br> ) <br> KEVIN HALL, ) <br> ) <br>       Defendant-Appellant. ) <br> ) | 2:14-cr-00321-GMN-NJK-1 <br><br><br><br><br><br> **AMENDED ORDER** |

At the Sentencing and Disposition held on September 6, 2017, this Court ordered the CJA Coordinator to appoint appellate counsel for defendant Kevin Hall.

ACCORDINGLY, IT IS HERE BY ORDERED that Angela H. Dows is appointed to represent Kevin Hall for his appeal. Ms. Dow's address is 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128 and her phone number is 702-794-4411.

Former counsel, Jennifer Waldo's office is directed to forward the file to Ms. Dows forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this __15__ day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE